THOMAS RYAN, Respondent, *v.* GEORGE S. MILLER, Appellant.

(Argued June 10, 1885 ; decided June 26, 1885.)

*William H. Shepard* for appellant.

*Thomas E. C. Ecclesine* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.